IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS DEMOCRATIC PARTY, GILBERTO HINOJOSA, Chair of the Texas Democratic Party, JOSEPH DANIEL CASCINO, SHANDA MARIE SANSING, and BRENDA LI GARCIA<br>    *Plaintiff*, | § § § § § § § | |
| v. | § § | CIVIL ACTION NO.<br>5: 20-CV-00438-FB |
| GREG ABBOTT, Governor of Texas; RUTH HUGHS, Texas Secretary of State, DANA DEBEAUVOIR, Travis County Clerk, and JACQUELYN F. CALLANEN, Bexar County Elections Administrator<br><br>    *Defendants.* | § § § § § § § § | |

## PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS

TO THE HONORABLE JUDGE FRED BIERY:

Plaintiffs, Texas Democratic Party, Gilberto Hinojosa, Chair of the Texas Democratic Party, Joseph Daniel Cascino, Shanda Marie Sansing, and Brenda Li Garcia, respectfully move for leave to file a Motion for Preliminary Injunction in excess of the Western District Local Rules 10-page limit, up to 40 pages. L.R. CV-7(d)(3).

Plaintiffs filed their Second Amended Complaint on April 29, 2020 against Defendants alleging violations several complex constitutional and statutory violations. As can be seen in Plaintiffs' Second Amended Complaint, there are a myriad of legal issues and claims applicable to the Defendants have brought suit against, which requires substantial discussion of decisional

law. The Plaintiffs will not oppose any future motion by the Defendant's to exceed page limits in response to this request.

## CONCLUSION

Plaintiffs respectfully request the court grant Plaintiffs leave to file a Motion for Preliminary Injunction not exceeding 40 pages.

**DATED**: April 29, 2020

Respectfully submitted,

TEXAS DEMOCRATIC PARTY

By: /s/ Chad W. Dunn
Chad W. Dunn
General Counsel
State Bar No. 24036507
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn, LLP
13231 Champion Forest Drive, Suite 406
Houston, Texas 77069
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
scott@brazilanddunn.com

Dicky Grigg
State Bar No. 08487500
Law Office of Dicky Grigg, P.C.
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: 512-474-6061
Facsimile: 512-582-8560
dicky@grigg-law.com

Martin Golando
The Law Office of Martin Golando, PLLC

                SBN #: 24059153
                405 N. Saint Mary's, Ste. 700
                San Antonio, Texas 78205
                (210) 892-8543
                martin.golando@gmail.com

                ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that, on April 29, 2020, I filed the foregoing Plaintiffs' Motion for Leave to Exceed Page Limits was filed *via* the Court's ECF/CM system, which will serve a copy on all counsel of record.

                */s/Chad W. Dunn*
                Chad W. Dunn