IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, GILBERTO HINOJOSA, Chair of the Texas Democratic Party, JOSEPH DANIEL CASCINO, SHANDA MARIE SANSING, and BRENDA LI GARCIA<br>　　*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, Governor of Texas; RUTH HUGHS, Texas Secretary of State, DANA DEBEAUVOIR, Travis County Clerk, and JACQUELYN F. CALLANEN, Bexar County Elections Administrator<br><br>　　*Defendants*. | CIVIL ACTION NO.<br>5: 20-CV-00438-FB |

**Proposed Order**

On this day the Court reviewed Plaintiffs' Motion for Leave to Exceed the Page Limit for their filed motion for Preliminary Injunction and finds that good cause exists to grant the extension.

It is hereby ORDERED that the Plaintiffs' motion is GRANTED. Plaintiffs may file a Motion for Preliminary Injunction not to exceed 40 pages. These page limits are exclusive of the caption, signature block, any certificate, and accompanying documents.

_____
The Honorable Fred Biery
U.S. District Judge