**USPS TRACKING #**

9590 9402 5679 9346 1883 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

SCREENED BY CSO
MAY 11 (?)

United States Postal Service

RECEIVED
MAY 11 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

SA20CA438-FB

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, U.S. District Court
655 E Cesar E Chavez Blvd  Rm G65
San Antonio, Texas 78206

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>The Honorable Ken Paxton<br>Texas Attorney General<br>300 W. 15th Street<br>Austin, Texas 78701 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED IN MAILCENTER<br>MAY 07 2020<br>OFFICE OF THE ATTORNEY GENERAL |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5679 9346 1883 01 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 2280 0002 0825 3784 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt