IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |  |
|---|---|---|
| TEXAS DEMOCRATIC PARTY, GILBERTO HINOJOSA, Chair of the Texas Democratic Party, JOSEPH DANIEL CASCINO, SHANDA MARIE SANSING, and BRENDA LI GARCIA, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-20-CA-438-FB |
| GREG ABBOTT, Governor of Texas, KEN PAXTON, Texas Attorney General, RUTH HUGHS, Texas Secretary of State, DANA DEBEAUVOIR, Travis County Clerk, and JACQUELYN F. CALLANEN, Bexar County Elections Administrator, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER SETTING TIME LIMITS FOR PRELIMINARY INJUNCTION HEARING**

Before the Court is the matter of a hearing to be held on Friday, May 15, 2020, regarding plaintiffs' request for preliminary injunction and defendants' opposition thereto.

As counsel prepare for the hearing, the Court will allow oral advocacy by plaintiffs' counsel Chad Dunn and defendants' counsel Michael Abrams (for Governor Abbott, Texas Attorney General Ken Paxton, and Texas Secretary of State Ruth Hughs), Cynthia Veidt (for Travis County Clerk Dana DeBeauvoir) and Robert Green (for Bexar County Elections Administrator Jacquelyn F. Callanen).

Mr. Dunn will have thirty minutes to open, Mr. Abrams will have forty-five minutes to respond, and Mr. Dunn will have fifteen minutes to reply. Counsel for Travis County and Bexar County will each have fifteen minutes to comment.

It is so ORDERED.

SIGNED this 12th day of May, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE