IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Texas Democratic Party, Gilbert Hinojosa, Chair of the Texas Democratic Party, Joseph Daniel Cascino, Shanda Marie Sansing, and Brenda Li Garcia<br>　　　*Plaintiffs*<br><br>v.<br><br>Greg Abbott, Governor of Texas; Ruth Hughs, Texas Secretary of State, Dana Debeauvoir, Travis County Clerk, and Jacquelyn F. Callanen, Bexar County Elections Administrator<br>　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 5:20-CV-00438-FB |

## ORDER DENYING LULAC AND TEXAS LULAC'S MOTION TO INTERVENE

On this day the Court considered the motion to intervene filed by the League of United Latin American Citizens and Texas League of United Latin American Citizens. After considering the motion and any responses, the Court concludes that the motion should be, and hereby is, **DENIED**.

Signed on this _____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. FRED BIERY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE