IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, GILBERTO HINOJOSA, Chair of the Texas Democratic Party, JOSEPH DANIEL CASCINO, SHANDA MARIE SANSING, and BRENDA LI GARCIA,<br><br>    Plaintiffs,<br><br>V.<br><br>GREG ABBOTT, Governor of Texas, KEN PAXTON, Texas Attorney General, RUTH HUGHS, Texas Secretary of State, DANA DEBEAUVOIR, Travis County Clerk, and JACQUELYN F. CALLANEN, Bexar County Elections Administrator,<br><br>    Defendants. | CIVIL ACTION NO. SA-20-CA-438-FB |

## ORDER ON MOTION TO INTERVENE

Before the Court are the Motion of League of United Latin American Citizens and Texas League of United Latin American Citizens to Intervene as Plaintiffs Pursuant to Federal Rule of Civil Procedure 24 (docket no. 30) and the State Defendants' Response to LULAC and Texas LULAC's Motion to Intervene (docket no. 37).

This issue has come before the Court within forty-eight hours of the scheduled hearing which has taken an enormous amount of technological planning and time because of current public health concerns. For that reason and other reasons stated in the defendants' response, the motion to intervene is DENIED at this time.

To the extent that this case may move forward after the preliminary injunction issue is resolved in this Court and the Fifth Circuit Court of Appeals, the Court will reconsider the motion to intervene.

The Court previously entered an Order (docket no. 15) concerning physical presence and virtual access for the hearing. The Court will continue to enforce that Order.

Accordingly, intervenors and their counsel may access the hearing through audio live stream to hear the proceedings by accessing the Western District of Texas website.

It is so ORDERED.

SIGNED this 13th day of May, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE