IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS DEMOCRATIC PARTY, GILBERTO HINOJOSA, Chair of the Texas Democratic Party, JOSEPH DANIEL CASCINO, SHANDA MARIE SANSING, and BRENDA LI GARCIA<br>   *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, Governor of Texas; RUTH HUGHS, Texas Secretary of State, DANA DEBEAUVOIR, Travis County Clerk, and JACQUELYN F. CALLANEN, Bexar County Elections Administrator<br><br>   *Defendants*. | § § § § § § § § § § § § § § § § | Case No. 5:20-cv-00438 |

### UNOPPOSED MOTION OF THE REPUBLICAN PARTY OF TEXAS FOR LEAVE TO FILE AMICUS BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Republican Party of Texas ("RPT") respectfully asks this Court for leave to file an amicus brief in opposition to Plaintiffs' Motion for Preliminary Injunction.[1] All parties have consented to the filing of this motion.[2]

---

[1] No party's counsel authored the attached brief in whole or in part, and no one other than amicus and its counsel contributed money to fund the brief's preparation or submission.

[2] Counsel for all parties have consented to the filing of this Amicus Brief as of May 13, 2020.

**INTEREST OF PROPOSED AMICUS CURIAE**

The Republican Party of Texas is a political party recognized by the Texas Election Code. We believe that elections are fair when the process by which elections are conducted is consistent and predictable. We support elections free from the flames of fear and uncertainty fanned by the Texas Democratic Party and liberal activists, whose true goal is to create a voting environment where checks and balances are few, and voter fraud can thrive. Our focus is to ensure that elections are conducted safely and consistently with the letter and spirit of the laws of Texas. Challenges to duly enacted election procedures, such as those brought by Plaintiffs in the present case, can only damage the integrity and legitimacy of the election results. After all, "there must be a substantial regulation of elections if they are to be fair and honest and if some sort of order, rather than chaos, is to accompany the democratic processes." *Storer v. Brown*, 415 U.S. 724, 730 (1974). The Republican Party of Texas thus has a significant interest in this important case.

**ARGUMENT**

RPT's brief will be useful to the Court's resolution of the important issues in this case. The brief highlights the Republican Party's unique perspective regarding the Supreme Court's *Purcell* doctrine and its application to the present case. Specifically, there is strong public interest in the orderly administration of elections and the remedy Plaintiffs seek would wreak havoc on Texas's election process. This disorder stems from the extreme proximity to the upcoming primary elections.

**CONCLUSION**

For the foregoing reasons, the Republican Party of Texas respectfully requests this Court grant this motion for leave to file its Amicus Brief.

This the 13th day of May, 2020.        Respectfully submitted,

                                              REPUBLICAN PARTY OF TEXAS

| | |
|---|---|
| Wade Emmert* | By: */s/ Dallin B. Holt* |
| General Counsel | Dallin B. Holt |
| Republican Party of Texas | Texas State Bar No. 24099466 |
| Texas State Bar No. 00793688 | Holtzman Vogel Josefiak Torchinsky PLLC |
| Emmert Law Firm, PC | 34 N. Hill Dr., Suite 100 |
| 100 Crescent Court, Suite 700 | Warrenton, VA 20186 |
| Dallas, TX 76013 | Telephone: (540) 341-8808 |
| Telephone: (469) 607-4502 | Facsimile: (540) 341-8809 |
| Facsimile: (469) 436-6378 | dholt@hvjt.law |
| wade@emmertlaw.com | |

*Counsel admitted but currently on inactive status. Readmission fee submitted.*

ATTORNEYS FOR *AMICUS CURIAE*

## **CERTIFICATE OF SERVICE**

      I do hereby certify that, on this 13th day of May 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

                          */s/ Dallin B. Holt*
                          Dallin B. Holt

                          *Counsel for Amicus Republican Party of Texas*