UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Texas Democratic Party, *et al.*, | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § | CIVIL ACTION NO. 5:20-CV-00438-FB |
| Greg Abbott, *et al.*, | | |
| Defendants. | | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF PUBLIC INTEREST LEGAL FOUNDATION AND LANDMARK LEGAL FOUNDATION**

Pending before the Court is the Public Interest Legal Foundation and Landmark Legal Foundation's Motion for leave to file *amici curiae* brief in opposition to Plaintiffs' motion for preliminary injunction.

Having considered the motion, **IT IS HEREBY ORDERED** that *amici*'s Motion is **GRANTED** and *amici*'s Brief is **DEEMED FILED**.

SIGNED on this the ___ day of _____, 2020.

_____
U.S. DISTRICT JUDGE FRED BIERY