

## YOUR APPLICATION IS ON ITS WAY!

## YOU HAVE THE GREEN LIGHT TO VOTE BY MAIL.



*"The spirit of America is unbreakable, and we will live through this difficult time together. Thank you for exercising your right to vote. Having your voice heard matters now more than ever."*

– Kathaleen Wall
Candidate for Congress, TX-22

Paid for by Kathaleen Wall for Congress
Box 1429
[illegible] TX 7[illegible] 429

PRSRT STD
US POSTAGE
PAID
PERMIT #[illegible]
[illegible]

**LOOK FOR YOUR VOTE-BY-MAIL APPLICATION TO ARRIVE SOON.**



# YOUR APPLICATION IS ON ITS WAY!

# YOU HAVE THE GREEN LIGHT TO VOTE BY MAIL.



**IMPORTANT VOTE BY MAIL UPDATE FROM KATHALEEN WALL:**
Recently, the Texas Secretary of State ruled that voters' concerns over contracting or spreading the COVID-19 virus and endangering their health by visiting a public polling place meet the election law requirements to be deemed eligible to vote absentee.

This means you are now eligible to vote by mail from the safety and comfort of your own home.



*Be on the Lookout!*
**In the coming days, you will receive your absentee ballot request form in the mail.**

When your form arrives, complete it and mail it back in order to vote by mail in the July 14th Republican runoff election.

**Look for Your Vote-by-Mail Application to Arrive Soon.**
**STAY SAFE & VOTE FROM HOME.**

# ATTENTION VOTER!



**IMPORTANT VOTE-BY-MAIL UPDATE:**

The Texas Secretary of State has ruled that voters' concerns over contracting or spreading the COVID-19 virus and endangering their health by visiting a public polling place meet the election law requirements to be deemed eligible to vote absentee. This means you are now eligible to vote by mail from the safety and comfort of your own home.

## KATHALEEN WALL
★ FOR CONGRESS
KathaleenWall.com

**Use the enclosed form to request your absentee ballot for the July 14th runoff election.**

* Complete the attached form. There is an extra for another eligible voter in your home.
* Detach, fold, and tape closed your completed form.
* Add a first-class stamp and mail today.

# PROTECT YOUR VOTE
## RETURN YOUR VOTE-BY-MAIL APPLICATION TODAY

PLACE STAMP HERE

FORT BEND COUNTY ELECTIONS
301 JACKSON ST
RICHMOND, TX 77469

## IMPORTANT VOTE-BY-MAIL UPDATE!
You are now eligible to vote by mail from the safety and comfort of your own home.



A VOTE FOR
**CONSERVATIVE KATHALEEN WALL**
— IS —
A Vote to Rebuild Our American Dream

# PROTECT YOUR VOTE! VOTE-BY-MAIL APPLICATION ENCLOSED





PO BOX 1429
SUGAR LAND, TX 77487-1429

Paid for by Kathaleen Wall for Congress



**Katrina Well**
April 15 at 6:06 PM

Either today or tomorrow you will receive from my campaign a notice of updates on how to VOTE BY MAIL during this #coronavirus outbreak. In consultation with **Texas Attorney General**, who has endorsed my run for Congressional District 22, we've gotten clarification that you have to have the virus in order to qualify. Therefore, if you meet that criteria and would like to have a ballot by mail sent to you, don't hesitate to contact my campaign or your local county elections admi... See More



TEXASATTORNEYGENERAL.GOV
**AG Paxton: Voting by Mail Based on Disability Reserved for Texans With Actual Illness or Medical Problem Rendering...**

+1 (844) 505-3072

Hi this is Alex w/Kathaleen Wall for Congress. Due to Covid19, the campaign is mailing you absentee ballot applications, so you will have the option to safely vote! If you haven't received your app or need help, contact the campaign or find more info at [kathaleenwall.com](http://kathaleenwall.com). Have you filled out & mailed back your app yet?