IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Texas Democratic Party, Gilbert Hinojosa, Chair of the Texas Democratic Party, Joseph Daniel Cascino, Shanda Marie Sansing, and Brenda Li Garcia,<br>　　　*Plaintiffs,*<br><br>v.<br><br>Greg Abbott, Governor of Texas, Ken Paxton, Attorney General of Texas, Ruth Hughs, Texas Secretary of State, Dana Debeauvoir, Travis County Clerk, and Jacquelyn F. Callanen, Bexar County Elections Administrator,<br>　　　*Defendants.* | §§§§§§§§§§§§§§§ | Civil Action No. 5:20-CV-00438-FB |

## STATE DEFENDANTS' NOTICE OF APPEAL

Defendants Greg Abbott, Governor of Texas, Ruth Hughs, Texas Secretary of State, and Ken Paxton, Attorney General of Texas, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order Regarding Plaintiffs' Motion for Preliminary Injunction (Doc. 90), entered on May 19, 2020.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

/s/ Michael R. Abrams
MICHAEL R. ABRAMS
Texas Bar No. 24087072
ANNE MARIE MACKIN
Texas Bar No. 24078898
CORY A. SCANLON
Texas Bar No. 24104599
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
michael.abrams@oag.texas.gov
anna.mackin@oag.texas.gov
cory.scanlon@oag.texas.gov

*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 19, 2020 a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ Michael R. Abrams
MICHAEL R. ABRAMS
Assistant Attorney General
