IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, ) <br> GILBERTO HINOJOSA, Chair of the ) <br> Texas Democratic Party, JOSEPH DANIEL ) <br> CASCINO, SHANDA MARIE SANSING, ) <br> and BRENDA LI GARCIA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> GREG ABBOTT, Governor of Texas, ) <br> KEN PAXTON, Texas Attorney General, ) <br> RUTH HUGHS, Texas Secretary of ) <br> State, DANA DEBEAUVOIR, Travis ) <br> County Clerk, and JACQUELYN F. ) <br> CALLANEN, Bexar County Elections ) <br> Administrator, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. SA-20-CA-438-FB |

## ORDER OF STAY

Before the Court is the status of the above styled and numbered cause. The Fifth Circuit Court of Appeals has stayed this Court's preliminary injunction order pending appeal. (Docket no. 116). The Court is therefore of the opinion that this case should be stayed pending the conclusion of the appellate proceedings related to the preliminary injunction order.

IT IS THEREFORE ORDERED that this case is STAYED pending the conclusion of the appellate proceedings related to the preliminary injunction order.

It is so ORDERED.

SIGNED this 16th day of June, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE