**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
JUL 17 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

July 17, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-50407   Texas Democratic Party, et al v. Greg Abbott,
               Governor of TX, et al
               USDC No. 5:20-CV-438-FB

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Michael Abrams
Ms. Leah Camille Aden
Mr. Kembel Scott Brazil
Ms. Jeannette Clack
Ms. Lia Sifuentes Davis
Ms. Leslie Wood Dippel
Mr. Chad Wilson Dunn
Mr. Charles William Fillmore
Mr. Hartson Dustin Fillmore III
Mr. Mark P. Gaber
Mr. Martin Golando
Mr. Juan Antonio Gonzalez
Mr. Richard Alan Grigg
Mr. Kyle Douglas Hawkins
Ms. Susan Lea Hays
Ms. Rachel F. Homer
Ms. Sherrilyn Ann Ifill
Mr. Cameron Oatman Kistler
Mr. Scott Allen Lemond
Mr. Kevin Paul McCary
Mr. Richard Warren Mithoff Jr.
Ms. Elizabeth Baker Murrill
Ms. Janai S. Nelson
Ms. Marianne W. Nitsch
Ms. Lanora Christine Pettit
Mr. Justin Carl Pfeiffer
Ms. Kaylan Lytle Phillips
Ms. Mahogane Denea Reed

Mr. Deuel Ross
Ms. Amy Leila Saberian
Mr. Pieter M. Schenkkan
Mr. Samuel Spital
Ms. Sherine Elizabeth Thomas
Mr. Michael S. Truesdale
Ms. Cynthia Wilson Veidt
Ms. Elizabeth Bonnie Wydra