IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Texas Democratic Party, Gilbert Hinojosa, Chair of the Texas Democratic Party, Joseph Daniel Cascino, Shanda Marie Sansing, and Brenda Li Garcia, *Plaintiffs*, v. Greg Abbott, Governor of Texas, Ken Paxton, Attorney General of Texas, Ruth Hughs, Texas Secretary of State, Dana Debeauvoir, Travis County Clerk, and Jacquelyn F. Callanen, Bexar County Elections Administrator, *Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 5:20-CV-00438-FB |

**STATE DEFENDANTS' ADVISORY**

On November 16, 2020, the Court invited counsel to "to give counsel's insights as to how this matter should proceed." Doc. 121 at 3. Accordingly, State Defendants Greg Abbott, in his official capacity as Governor of Texas, Ruth Hughs, in her official capacity as Texas Secretary of State, and Ken Paxton, in his official capacity as Attorney General of Texas, respectfully submit the following advisory.

As the Court noted, Plaintiffs have filed a petition for a writ of certiorari in the United States Supreme Court, which raises the question whether Section 82.003 of the Texas Election Code violates the Twenty-Sixth Amendment. *Id.* at 2 (citing Plaintiffs' petition for a writ of certiorari). In State Defendants' view, proceedings in this Court should remain stayed until the Supreme Court has resolved the petition for a writ of certiorari. The Supreme Court's disposition of the petition—and any resolution of the Twenty-Sixth Amendment question, if the petition is granted—is certain to influence the remainder of this litigation, and it would therefore promote judicial economy and

preserve the parties' resources for the appellate proceedings on that question to fully and finally conclude before the parties reengage in this Court. *See generally Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936) (referring to the power to stay proceedings as incident to inherent powers of federal courts); *see also In re Stone*, 986 F.2d 898, 902 (5th Cir. 1993) (concluding that federal courts have inherent authority "to protect the efficient and orderly administration of justice and those necessary to command respect for the court's orders, judgments, procedures, and authority.").

The Court also noted that Plaintiffs filed their complaint and request for immediate injunctive relief in the specific context of the 2020 election. Doc. 121 at 1. That election has now passed, and the Fifth Circuit has issued two published decisions addressing the merits of Plaintiffs' claims. *See Tex. Democratic Party v. Abbott*, 961 F.3d 389 (5th Cir. 2020); *Tex. Democratic Party v. Abbott*, 978 F.3d 168 (5th Cir. 2020). Therefore, in the event that the Supreme Court denies the petition for a writ of certiorari, the appropriate next step would be for Plaintiffs to file an amended complaint making clear which claims they intend to continue to pursue, if any, and *against which defendants* they intend to pursue those claims, consistent with the Fifth Circuit's decisions regarding the appeal from Plaintiffs' application for temporary injunction. Following the filing of the amended complaint, State Defendants will file an appropriate responsive pleading or motion consistent with Federal Rule of Civil Procedure 15(a)(3).

Respectfully submitted.

KEN PAXTON  
Attorney General of Texas

BRENT WEBSTER  
First Assistant Attorney General

GRANT DORFMAN  
Deputy First Assistant Attorney General

SHAWN COWLES  
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT  
Chief, General Litigation Division

*/s/Michael R. Abrams*
MICHAEL R. ABRAMS  
Texas Bar No. 24087072  
CORY A. SCANLON  
Texas Bar No. 24104599  
Assistant Attorneys General  
Office of the Attorney General  
General Litigation Division  
P.O. Box 12548, Capitol Station  
Austin, Texas 78711-2548  
(512) 463-2120 | FAX: (512) 320-0667  
michael.abrams@oag.texas.gov  
cory.scanlon@oag.texas.gov

***Counsel for State Defendants***

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 16, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

                                                */s/ Michael R. Abrams*
                                                MICHAEL R. ABRAMS
                                                Assistant Attorney General