IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, GILBERTO HINOJOSA, Chair of the Texas Democratic Party, JOSEPH DANIEL CASCINO, SHANDA MARIE SANSING, and BRENDA LI GARCIA, <br><br>　　Plaintiffs, <br><br>V. <br><br>GREG ABBOTT, Governor of Texas, KEN PAXTON, Texas Attorney General, RUTH HUGHS, Texas Secretary of State, DANA DEBEAUVOIR, Travis County Clerk, and JACQUELYN F. CALLANEN, Bexar County Elections Administrator, <br><br>　　Defendants. | CIVIL ACTION NO. SA-20-CA-438-FB |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXTEND TIME TO FILE ADVISORY**

Before the Court is Plaintiffs' Unopposed Motion for Leave to Extend Deadline to File Advisory (ECF 125) Due to Inclement Weather. (ECF 129). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Unopposed Motion for Leave to Extend Deadline to File Advisory (ECF 125) Due to Inclement Weather is GRANTED such that the deadline for the parties to respond to the Court's Second Order for Advisory is EXTENDED to **March 1, 2021**.

It is so ORDERED.

SIGNED this 23rd day of February, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE