IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, § <br> GILBERTO HINOJOSA, Chair of the § <br> Texas Democratic Party, JOSEPH DANIEL § <br> CASCINO, SHANDA MARIE SANSING, § <br> and BRENDA LI GARCIA § <br>     *Plaintiffs*, § <br> § <br> v. § <br> § <br> GREG ABBOTT, Governor of Texas; § <br> KEN PAXTON, Texas Attorney General, § <br> RUTH HUGHS, Texas Secretary of State, § <br> DANA DEBEAUVOIR, Travis County Clerk, § <br> and JACQUELYN F. CALLANEN, Bexar § <br> County Elections Administrator § <br>     *Defendants*. § | CIVIL ACTION NO. <br> 5:20-CV-00438-FB |

**JOINT ADVISORY TO THE COURT**

TO THE HONORABLE JUDGE FRED BIERY:

    Pursuant to the Court's order of January 21, 2021 [ECF 125], counsel for the parties and intervenors conferred by telephone on February 25, 2021 and now hereby jointly submit this advisory.

    Interlocutory appellate proceedings are complete.

    Plaintiffs intend to proceed with the case to final judgment and seek the entry of a scheduling order to complete the case.

    Intervenors urge that their Motion to Intervene [ECF 93] is now ripe and seek a ruling from the Court.

On the matter of possible dismissal of the county defendants, the counsel for the state defendants has indicated that they reserve the right to assert jurisdictional defenses for any claims to which the defenses apply. Given this, Plaintiffs do not consent to the dismissal of the county defendants and Defendant Jacquelyn Callanen respectfully urges that her Motion to Dismiss [ECF 95] is ripe for consideration by the Court.

Parties jointly stand ready to provide the Court any other information it may require.

**DATED**: March 1, 2020

Respectfully submitted,

TEXAS DEMOCRATIC PARTY

By: /s/ Chad W. Dunn
Chad W. Dunn
General Counsel
State Bar No. 24036507
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn, LLP
13231 Champion Forest Drive, Suite 406
Houston, Texas 77069
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
scott@brazilanddunn.com

Dicky Grigg
State Bar No. 08487500
Law Office of Dicky Grigg, P.C.
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: 512-474-6061
Facsimile: 512-582-8560
dicky@grigg-law.com

Martin Golando
The Law Office of Martin Golando, PLLC
State Bar No. 24059153
405 N. Saint Mary's, Ste. 700
San Antonio, Texas 78205
(210) 892-8543
martin.golando@gmail.com

*Attorneys for Plaintiffs*

/s/ *Luis R. Vera*
LULAC National General Counsel
Law Offices of Luis Roberto Vera, Jr. &
Associates
1325 Riverview Towers
111 Soledad
San Antonio, TX 78205-260
Tel: (210) 225-3300
lrvlaw@sbcglobal.net

Danielle Lang*
Rob Weiner*
Ravi Doshi*
Molly Danahy*
Jonathan Diaz*
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
Tel.: (202) 736-2200
dlang@campaignlegalcenter.org
rweiner@campaignlegalcenter.org
rdoshi@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
*Pro Hac Vice forthcoming*

*Attorneys for Plaintiff-Intervenors*
*League of United Latin American Citizens and*
*Texas League of United Latin American Citizens*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

*/s/ Matthew Bohuslav*
MATTHEW BOHUSLAV
Assistant Attorney General
State Bar No. 24069395
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667

*Counsel for State Defendants*

JOE GONZALES
Bexar County Criminal District Attorney

*/s/ Robert Green*
ROBERT D. GREEN
Bar No. 24087626
Assistant District Attorney, Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Phone: (210) 335-2146
Fax: (210) 335-2773
robert.green@bexar.org

*Attorney for Defendant Bexar County Elections Administrator Jacque Callanen*

DELIA GARZA
County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
Telephone: (512) 854-9513
Facsimile: (512) 854-9316

By: */s/ Leslie W. Dippel*

SHERINE E. THOMAS
State Bar No. 00794734
sherine.thomas@traviscountytx.gov
LESLIE W. DIPPEL
State Bar No. 00796472
leslie.dippel@traviscountytx.gov
SHARON TALLEY
State Bar No. 19627575
sharon.talley@traviscountytx.gov
CYNTHIA W. VEIDT
State Bar No. 24028092
cynthia.veidt@traviscountytx.gov
ANDREW W. WILLIAMS
State Bar No. 24068345
drew.williams@traviscountytx.gov

***Attorneys for Defendant Travis County Clerk, Dana DeBeauvoir***

## CERTIFICATE OF SERVICE

I certify that, on March 1, 2021, I filed the foregoing was filed *via* the Court's ECF/CM system, which will serve a copy on all counsel of record.

*/s/Chad W. Dunn*
Chad W. Dunn