# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, GILBERTO HINOJOSA, Chair of the Texas Democratic Party, JOSEPH DANIEL CASCINO, SHANDA MARIE SANSING, and BRENDA LI GARCIA, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| and | ) ) |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), and TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, | ) ) ) ) ) |
| Plaintiff-Intervenors, | ) ) |
| V. | )   CIVIL ACTION NO. SA-20-CA-438-FB |
| GREG ABBOTT, Governor of Texas, KEN PAXTON, Texas Attorney General, RUTH HUGHS, Texas Secretary of State, DANA DEBEAUVOIR, Travis County Clerk, and JACQUELYN F. CALLANEN, Bexar County Elections Administrator, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING RENEWED MOTION TO INTERVENE**

Before the Court is the Renewed Motion of League of United Latin American Citizens and Texas League of United Latin American Citizens to Intervene as Plaintiffs Pursuant to Federal Rule of Civil Procedure 24.  (Docket no. 93).  After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Renewed Motion of League of United Latin American Citizens and Texas League of United Latin American Citizens to Intervene as Plaintiffs Pursuant to Federal Rule of Civil Procedure 24 (docket no. 93) is GRANTED such that League of United Latin American Citizens (LULAC) and Texas League of United Latin American Citizens are granted leave to proceed as plaintiff-intervenors in the above styled and numbered cause.

It is so ORDERED.

SIGNED this 8th day of March, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE