IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, GILBERTO HINOJOSA, Chair of the Texas Democratic Party, JOSEPH DANIEL CASCINO, SHANDA MARIE SANSING, and BRENDA LI GARCIA, <br><br>    Plaintiffs, <br><br>and <br><br>LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), and TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, <br><br>    Plaintiff-Intervenors, <br><br>V. <br><br>RUTH HUGHS, Texas Secretary of State; DANA DEBEAUVOIR, Travis County Clerk; and JACQUELYN F. CALLANEN, Bexar County Elections Administrator, <br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. SA-20-CA-438-FB |

**ORDER DISMISSING GOVERNOR GREG ABBOTT AND TEXAS ATTORNEY GENERAL KEN PAXTON AS PARTY-DEFENDANTS IN THIS CASE**

Before the Court is the status of Greg Abbott, Governor of the State of Texas, and Ken Paxton, Texas Attorney General, as party-defendants in the above styled and numbered cause. The Fifth Circuit Court of Appeals held on interlocutory appeal that the Governor and Texas Attorney General are entitled to sovereign immunity in this case. *Texas Democratic Party v. Abbott,* 978 F.3d 168, 180-81 (5th Cir. 2020), *cert. denied*, 141 S. Ct. 1124 (2021). On remand, plaintiffs and plaintiffs-intervenors filed amended complaints which do not name Governor Abbot or Texas Attorney General Paxton as

defendants. The Court is therefore of the opinion that Governor Greg Abbott and Texas Attorney General Ken Paxton should be dismissed as party-defendants in the above-styled and numbered cause.

IT IS THEREFORE ORDERED that Greg Abbott, Governor of the State of Texas, and Ken Paxton, Texas Attorney General are DISMISSED as party-defendants in the above styled and numbered cause. Plaintiffs' and Plaintiffs-Intervenors' claims against Ruth Hughs, Texas Secretary of State, Dana Debeauvoir, Travis County Clerk, and Jacquelyn F. Callanen, Bexar County Elections Administrator, remain pending for disposition.

It is so ORDERED.

SIGNED this 2nd day of July, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE