IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, GILBERTO HINOJOSA, Chair of the Texas Democratic Party, JOSEPH DANIEL CASCINO, SHANDA MARIE SANSING, and BRENDA LI GARCIA,<br><br>    Plaintiffs,<br><br>and<br><br>LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), and TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS,<br><br>    Plaintiff-Intervenors,<br><br>V.<br><br>JOHN B. SCOTT, Texas Secretary of State,<br><br>    Defendant. | CIVIL ACTION NO. SA-20-CA-438-FB |

**ORDER SETTING BRIEFING SCHEDULE**
**AND ORDER OF STAY**

Before the Court is the status of the above styled and numbered cause. The parties have indicated they would like to file additional briefing concerning defendant's motions to dismiss (docket nos. 150 & 151) which are pending before the Court. After careful consideration, the Court is of the opinion that a briefing schedule should be set and this case should be stayed pending a ruling on the motions to dismiss.

IT IS THEREFORE ORDERED that defendant shall file his response to plaintiffs' and plaintiff-intervenors' supplemental briefing (docket no. 167) on or before **March 18, 2022**.

IT IS FURTHER ORDERED that plaintiffs and plaintiff-intervenors shall file their reply to defendant's response to their supplemental briefing on or before **April 18, 2022**.

IT IS FINALLY ORDERED that the above styled and numbered cause is STAYED pending further order of the Court. Though stayed, this case will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Parties may continue to file motions and documents in the case.

It is so ORDERED.

SIGNED this 22nd day of February, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE