IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, GILBERTO HINOJOSA, Chair of the Texas Democratic Party, JOSEPH DANIEL CASCINO, SHANDA MARIE SANSING, and BRENDA LI GARCIA,<br><br>    Plaintiffs,<br><br>V.<br><br>JOHN B. SCOTT, Texas Secretary of State,<br><br>    Defendant. | CIVIL ACTION NO. SA-20-CA-438-FB |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

Before the Court is the Unopposed Motion to Withdraw (docket no. 171) wherein Cory A. Scanlon, attorney for defendant, moves the Court for leave to withdraw as counsel of record. Assistant Attorney General Courtney Brooke Corbello, who has previously appeared in this matter, will continue to represent defendant. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion to Withdraw (docket no. 171) is GRANTED such that Cory A. Scanlon is WITHDRAWN as counsel of record for defendant.

IT IS FURTHER ORDERED that the Clerk is instructed to remove Mr. Scanlon from the electronic service list in this cause.

It is so ORDERED.

SIGNED this 18th day of July, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE