# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, ) <br> GILBERTO HINOJOSA, Chair of the ) <br> Texas Democratic Party, JOSEPH DANIEL ) <br> CASCINO, SHANDA MARIE SANSING, ) <br> and BRENDA LI GARCIA, ) <br>      ) <br>   Plaintiffs, ) <br>      ) <br> and ) <br>      ) <br> LEAGUE OF UNITED LATIN ) <br> AMERICAN CITIZENS (LULAC), and ) <br> TEXAS LEAGUE OF UNITED LATIN ) <br> AMERICAN CITIZENS, ) <br>      ) <br>   Plaintiff-Intervenors, ) <br>      ) <br> V. )     CIVIL ACTION NO. SA-20-CA-438-FB <br>      ) <br> JOHN B. SCOTT, Texas Secretary of State,[1] ) <br>      ) <br>   Defendant. ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Regarding Defendant's Motions to Dismiss signed this date,

IT IS ORDERED, ADJUDGED and DECREED that Defendant Ruth Hughs' Motion to Dismiss Plaintiff-Intervenors' Amended Complaint (docket no. 150) and Defendant Ruth Hughs' Motion to Dismiss Plaintiffs' Second Amended Complaint (docket no. 151) are GRANTED and the above styled and numbered cause is DISMISSED for lack of jurisdiction and/or failure to state a claim upon which relief can be granted pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

---

[1] Secretary of State John B. Scott is automatically substituted as defendant for Ruth Hughs, who formerly served as the Texas Secretary of State. *See* FED. R. CIV. P. 25(d). Local election officials, the Texas Governor and the Texas Attorney General were previously dismissed as defendants in this action. (Docket nos. 161 & 162).

-2-

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 22nd day of July, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE